1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 498-7272
5

6

7

8                IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   01:03-CR-5237 OWW
                                      )
12            Plaintiff,              )   ORDER CONTINUING STATUS HEARING
                                      )
13                                    )        (please note revised hearing date of
                                      )   11/13/2007)
14            v.                      )
                                      )
15 HERMILO BRIONES MEDRANO,           )
                                      )
16            Defendants.             )
                                      )
17 ──────────────────────────────     )

18        The United States of America, by and through McGregor W. Scott, United States Attorney,

19 and Kathleen A. Servatius, Assistant United States Attorney, and Hermilo Briones Medrano, by and

20 through his attorney, Steven Crawford, have stipulated to a continuance of the status conference in

21 this case.  The defendant is currently being examined for competency and neither party has received

22 the results of such examination. The parties believe that the requested examination will be completed

23 within the next four weeks and have stipulated to continue this hearing to November 13, 2007 at

24 9:00 a.m., and further request the Court to order the same.

25        IT IS HEREBY ordered that the status hearing in this case be continued until November 13,

26 2007 at 9:00 a.m.

27        IT FURTHER APPEARING that the continuance would permit the completion of a court-

28 ordered competency examination for the defendant;

                                          1

THEREFORE, it appearing that the request is supported by good cause,

IT IS HEREBY ORDERED that the time period between October 22, 2007 and November 13, 2007 be excluded from the Speedy Trial Clock as the Court finds that such delay results from an examination to determine the mental competency of the defendant, pursuant to Title 18, United States Code, Section (h)(1)(A).

IT IS SO ORDERED.

**Dated:    October 18, 2007**                              **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE